UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM NISBETT, Individually and on behalf of all other persons similarly situated,

                Plaintiff

-against-

EAST HAMPTON POINT MANAGEMENT CORP.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2020

19 Civ. 6913 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 1, 2019, the Court ordered the parties to submit a joint status letter by February 4, 2020. ECF No. 13 ¶ 16. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their joint status letter plan by **February 6, 2020.**

    SO ORDERED.

Dated: February 5, 2020
       New York, New York

                              ANALISA TORRES
                          United States District Judge